**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHAWN DAVID REILLY,<br><br>Defendant. | Criminal No. 16-189(2) (JRT/HB)<br><br>**ORDER ON REPORT<br>AND RECOMMENDATION** |

Thomas M. Hollenhorst, Assistant United States Attorney, **UNITED STATES ATTORNEY'S OFFICE,** 300 South Fourth Street, Suite 600, Minneapolis, MN 55415 plaintiff.

Craig E. Cascarano, **CASCARANO LAW OFFICE,** 150 South Fifth Street, Suite 3260, Minneapolis, MN 55402, for defendant.

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge.  No objections have been filed to the Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. The Report and Recommendation is **ADOPTED**; and

2. Defendant Shawn David Reilly's Motion to Suppress Evidence Obtained as a Result of Search and Seizure and Motion to Suppress Defendant's Statements, Admissions, and Answers [Doc. No. 42] is **DENIED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: November 25, 2016            s/John R. Tunheim
at Minneapolis, Minnesota         JOHN R. TUNHEIM
                                                     Chief Judge
                                                     United States District Court